# UNITED STATES DISTRICT COURT

Judicial        **DISTRICT OF**        Puerto Rico

UNITED STATES OF AMERICA
V.

Ana M. Correa-Bonilla

*WARRANT FOR ARREST*

CASE NUMBER: Cr. 99-231 (JAF)

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   Ana M. Correa-Bonilla
                                          (Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

Superseding
[X] Indictment          [ ] Information          [ ] Complaint

[ ] Order of Court      [ ] Violation Notice     [] Probation Violation Petition

charging him or her with (brief description of offense)

Possess with intent to distribute cocaine.

in violation of Title  21   United States Code, Section(s)  841(a)(1), 846

J. A. Castellanos                            United States Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

By: [signature] Deputy Clerk                 August 12, 1999, at San Juan, Puerto Rico
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____        By _____
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 8/25/99 | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER EXECUTED |
| DATE OF ARREST 9/13/99 | DEA | for DEA [signature] |